UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-1664 JVS (DFMx) | Date | August 19, 2019 |
| Title | Trendsettah USA, Inc. et al. v. Swisher International Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Setting Status Conference**

Minute Order Setting Scheduling Conference

The Court sets a scheduling conference for Monday, September 23, 2019 at 11:00 a.m. The parties shall submit a joint report seven days in advance which should address:

- New trial and pretrial conference dates.

- What additional fact discovery do the parties wish to undertake.

- What additional or revised expert reports do the parties desire to submit, including discovery requirements.

- Date for a further settlement conference.

- Any other matters the parties wish to address at the conference.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |