UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDSETTAH USA, INC. and TREND SETTAH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SWISHER INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO. 8:14-cv-01664-JVS-DFM<br><br>**ORDER GRANTING DEFENDANT SWISHER INTERNATIONAL INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF SWISHER'S MOTION FOR SANCTIONS [710]**<br><br>**[L.R. 79-5.2.2(a)]** |

# ORDER

Having considered Defendant Swisher International, Inc.'s Application for Leave to File Under Seal Exhibits in Support of Swisher's Motion for Sanctions, and all other papers filed in connection thereto, and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

Swisher's Application is **GRANTED**. The unredacted copy of the following documents are hereby sealed (1) Exhibit 5 to the Declaration of Daniel G. Swanson in Support of Swisher's Motion for Sanctions, and (2) Exhibit 9 to the Declaration of Michael C. Marsh in Support of Swisher's Motion for Sanctions.

IT IS SO ORDERED.

Date: February 13, 2023

_____
Hon. James V. Selna
United States District Judge