MARK POE (S.B. #223714)
  mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
  rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

THOMAS C. GOLDSTEIN (*pro hac*)
  tgoldstein@goldsteinrussell.com
ERIC F. CITRON (*pro hac*)
  ecitron@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
Telephone: (202) 362-0636
Facsimile: (866) 574-2033

Attorneys for Plaintiffs Trendsettah USA, Inc. and Trend Settah, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRENDSETTAH USA, INC. and TREND SETTAH, INC.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SWISHER INTERNATIONAL, INC.<br><br>　　　　　　Defendant. | Case No. 8:14-CV-01664-JVS (DFMx)<br><br>**TRENDSETTAH'S REQUEST FOR TELEPHONIC STATUS CONFERENCE**<br><br>Judge:　　　The Hon. James V. Selna<br>Courtroom:　Courtroom 10C<br>Date:<br>Time: |

The Ninth Circuit reinstated the jury's verdict with respect to Trendsettah's contract claims sixteen months ago, on April 15, 2022. ECF No. 666. After the Supreme Court denied Swisher's bid for *certiorari*, the case was remanded to this Court a little over nine months ago, on December 5, 2022. ECF No. 673. Trendsettah would like to have judgment entered on the reinstated verdict, and would like to have its prevailing-party attorneys' fees awarded in a timely manner, consistent with Rule 1.

Following a status conference on January 9, 2023, the Court entered an order establishing a schedule for the various motions the parties intended to file, with Swisher's set of motions being due on February 6, and Trendsettah's set of motions to be due "14 days after entry of order(s) on Swisher's motions." ECF No. 695 at 2.

The Court held a hearing on Swisher's motions on April 17. ECF No. 744. The Court entered rulings on two of Swisher's three motions, but requested supplemental briefing on Swisher's sanctions motion. ECF No. 745. Swisher filed its supplemental brief on May 15, and Trendsettah filed its supplemental brief on May 29. ECF Nos. 754, 759-1. A final order on that motion has not yet entered.

Trendsettah is ready to file its (1) motion for attorneys' fees, (2) Rule 60(b)(5) motion to vacate the order that had granted prevailing-party fees to Swisher, and (3) motion for prejudgment interest, but has held off on account of the January order indicating that those should await the Court's ruling on Swisher's sanctions motion.

Accordingly, Trendsettah requests a telephone status conference (or perhaps just entry of a minute order) for direction as to whether it should file those motions promptly, or hold off until entry of a final order on Swisher's sanctions motion.

Dated: August 21, 2023

GAW | POE LLP

By:   s/ *Mark Poe*
     Mark Poe
     Attorneys for Plaintiffs