| | |
|---|---|
| MARK POE (S.B. #223714) | THOMAS C. GOLDSTEIN (*pro hac*) |
| mpoe@gawpoe.com | tgoldstein@goldsteinrussell.com |
| RANDOLPH GAW (S.B. #223718) | ERIC F. CITRON (*pro hac*) |
| rgaw@gawpoe.com | ecitron@goldsteinrussell.com |
| VICTOR MENG (S.B. #254102) | GOLDSTEIN & RUSSELL, P.C. |
| vmeng@gawpoe.com | 7475 Wisconsin Ave., Suite 850 |
| GAW \| POE LLP | Bethesda, MD 20814 |
| 4 Embarcadero Center, Suite 1400 | Telephone: (202) 362-0636 |
| San Francisco, CA 94111 | Facsimile: (866) 574-2033 |
| Telephone: (415) 766-7451 | |
| Facsimile: (415) 737-0642 | |

Attorneys for Plaintiffs Trendsettah USA, Inc. and Trend Settah, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRENDSETTAH USA, INC. and TREND SETTAH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SWISHER INTERNATIONAL, INC.<br><br>Defendant. | Case No. 8:14-CV-01664-JVS (DFMx)<br><br>**REPLY DECLARATION OF ERIC CITRON IN SUPPORT OF TRENDSETTAH'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Judge:    The Hon. James V. Selna<br>Courtroom: Courtroom 10C<br>Date:      October 16, 2023<br>Time:      1:30 p.m. |

I, Eric F. Citron, declare:

1. During the litigation of this case, I was a partner at Goldstein & Russell, P.C., in Bethesda, Maryland, and I served as counsel of for plaintiffs Trendsettah USA, Inc. and Trend Settah, Inc. ("TSI") in this action.[1] I submit this declaration in support of TSI's Motion for Attorney's Fees and Expenses in the above-captioned matter. I have personal knowledge of the matters stated herein except as otherwise stated and, if called as a witness, I could and would testify competently thereto.

2. Under its written engagement agreement with TSI, Goldstein & Russell is entitled to recover 100% of any hourly fees awarded by the Court.

3. Since the April 18, 2023 cut-off date of Mr. Knapton's analysis, I have been the only G&R attorney to work on this matter. I have spent a total of 12 hours working on this matter since then, as follows:

| Date | Time | Description | Rate | Fee |
|---|---|---|---|---|
| 5/26/2023 | 0.3 | Exchange w/Mark re: Sanctions Brief | $1,520 | $456.00 |
| 8/24/2023 | 0.5 | Review decision on sanctions motion | $1,520 | $760.00 |
| 8/26/2023 | 0.4 | Call w/Mark re: Fees Submission | $1,520 | $608.00 |
| 8/28/2023 | 4.5 | Prepare and audit G&R time for submission in fees motion (3.6); Revise declaration in support of fee motion (.9) | $1,520 | $6,840.00 |
| 9/18/2023 | 1.7 | Review Swisher's objections re: fees and interest | $1,520 | $2,584.00 |
| 10/2/2023 | 4.6 | Re-read Swisher's objections (.8); review and edit draft of reply by Mark (2.9); Call with Mark to discuss draft (.6); prepare supplemental time sheet (.1); prepare and sign supplemental declaration (.2) | $1,520 | $6,992.00 |

---

[1] After our work on this matter concluded, Goldstein & Russell, P.C. was reorganized as Goldstein, Russell, & Woofter. I am currently Of Counsel at a different firm, Gupta Wessler P.C., located in Washington D.C.

| Totals | 12 | | $18,240.00 |
|---|---|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2th, 2023, in Washington, D.C.

_____
Eric Citron