JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRENDSETTAH USA, INC. and TREND SETTAH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SWISHER INTERNATIONAL, INC. <br><br> Defendant. | Case No. 8:14-cv-01664-JVS-DFM <br><br> JUDGMENT |

Having considered the parties' briefs as well as the supplemental briefs that the Court invited regarding the calculation of the amounts due each party, the Court NOW ENTERS JUDGMENT AS FOLLOWS:

1. Judgment is entered in favor of Plaintiffs and against Defendant on Plaintiffs' claims for breach of contract and breach of the covenant of good faith and fair dealing in the amount of $9,062,679.

2. Judgment is entered in favor of Defendant and against Plaintiffs on Plaintiffs' claims for violation of Section 2 of the Sherman Act, 15 U.S.C. § 2; violation of the Florida Antitrust Law, Fla. Stat. § 542.19; trade libel; tortious interference with contract; intentional interference with prospective economic relations; negligent interference with prospective economic relations; and violation of the California Unfair Competition Law, Cal. Bus. & Profs. Code § 17200.

3. Defendant is awarded sanctions in the amount of $1,555,250.73, which reflects the Court's $3,943,316.68 sanctions award minus the $2,388,065.95 to which the sanctions award overlapped with the Court's prior award of attorney's fees and disbursements.

4. There is an existing judgment entered on September 28, 2020, (see Dkt. No. 596), under which Plaintiffs were found liable to Defendant for $10,462,480.60 in prevailing party attorney's fees and disbursements, plus post-judgment interest,(see Dkt. No. 622). This post-judgment interest amounts to $37,299.99, plus $31.53 per day from February 27, 2024, through entry of this judgment.

5. Plaintiffs are awarded prejudgment interest in the amount of $2,011,144.28.

6. Plaintiffs shall recover post-judgment interest in the amount of $1,444,173.75 plus $782.75 per day from February 27, 2024 through satisfaction.

7. Plaintiffs are awarded $10,237,493 in prevailing party attorney's fees and $613,181.32 in disbursements.

8. Offsetting the $23,368,671.35 Defendant owes to Plaintiffs by the $12,055,031.32 Plaintiffs owe to Defendant results in the net amount of $11,313,640.03 owed by Defendant to Plaintiffs as of February 27, 2024.

**IT IS SO ORDERED.**

Dated: February 27, 2024

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE